IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MANDY J. NIELSEN, | ) | CASE NO. 8:12CV136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | **WITH PREJUDICE** |
| | ) | |
| UNITED OF OMAHA LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal with prejudice (Filing No. 8).  Being fully advised in the premises, it is hereby ordered:

1. Plaintiff's complaint is dismissed, with prejudice.

2. Each party shall pay their own costs and attorney fees.

IT IS SO ORDERED.

DATE:  July 13, 2012

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge